**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


ESTATE OF ELAINE MURRAY               : No. 73 EM 2015
                                      :
                                      :
PETITION OF:  BRUCE MURRAY            :


## ORDER


**PER CURIAM**

     **AND NOW**, this 19th day of August, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.